124 F.3d 188
 Frank Smith
v.
Ms. Cheryl G. Young, Office of Chief Counsel Dept. of
Corrections, Hon. Judge J. Melvin, Hon. Robert E. Dauer,
Timothy B. English, Superintendent, Shirly J. Zalac,
Corrections Health Care Administrators, Ms. Cheryl Simo,
Forensic Psychologist, Thomas E. Cassidy, Unit Manager, Ms.
J. Stowitzky, Pa. State Institution Parole Representative,
Allen Castor, Chairman of Board Probation and Parole
 NO. 97-3084
 United States Court of Appeals,
Third Circuit.
 July 28, 1997
 
 1
 Appeal From: W.D.Pa. ,No.95cv00082 ,
 
 
 2
 Sensenich, M.J.
 
 
 3
 Affirmed.